JS 44 (Rev. 10/20) FLSD Revised 02/12/2021

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)* **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

**I. (a) PLAINTIFFS**
Foremost Signature Ins. Co.
Zurich American Ins. Co.

**DEFENDANTS**
Desmond Consulting Engineers, LLC
Champlain Towers South Condo Assoc.

**(b)** County of Residence of First Listed Plaintiff: Cook County, IL
County of Residence of First Listed Defendant: New York, NY

**(c) Attorneys** *(Firm Name, Address, and Telephone Number)*
Dustin Blumenthal, Goldberg Segalla LLP, 500 S. Australian Ave, WPB, FL 33401
561-618-4485

Attorneys *(If Known)*

**(d) Check County Where Action Arose:** ☒ MIAMI-DADE ☐ MONROE ☐ BROWARD ☐ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE ☐ HIGHLANDS

**II. BASIS OF JURISDICTION** — Diversity (checked)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**
- Incorporated or Principal Place of Business In This State: DEF ☒ 4
- Incorporated and Principal Place of Business In Another State: PTF ☒ 5

**IV. NATURE OF SUIT:** ☒ 110 Insurance

**V. ORIGIN:** ☒ 1 Original Proceeding

**VI. RELATED/RE-FILED CASE(S):** a) Re-filed Case: ☒ NO; b) Related Cases: ☒ NO

**VII. CAUSE OF ACTION:** 28 USC 2201 - Declaratory Judgment

**VIII. REQUESTED IN COMPLAINT:** DEMAND $ >$75,000; JURY DEMAND: ☒ No

DATE: 3/4/22
SIGNATURE OF ATTORNEY OF RECORD: /s/

FOR OFFICE USE ONLY: RECEIPT #  AMOUNT  IFP  JUDGE  MAG JUDGE