AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| FOREMOST SIGNATURE INS. CO. and ZURICH AMERICAN INS. CO. as successor by merger to Maryland Casualty Company <br><br> *Plaintiff(s)* <br><br> v. <br><br> DeSimone Consulting Engineers, LLC and Champlain Towers South Condo. Assoc., Inc. <br><br> *Defendant(s)* | Civil Action No. 1:22-cv-20656-JLK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DeSimone Consulting Engineers, LLC
c/o Paracorp Incorporated, as Registered Agent
155 Office Plaza Drive, 1st Floor
Tallahassee, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Dustin C. Blumenthal
Goldberg Segalla LLP
501 S. Australian Ave. Suite 1000
West Palm Beach, FL 33401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Mar 4, 2022

Angela E. Noble
Clerk of Court

s/ M. Brown
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| FOREMOST SIGNATURE INS. CO. and ZURICH AMERICAN INS. CO. as successor by merger to Maryland Casualty Company <br><br> *Plaintiff(s)* <br><br> v. <br><br> DeSimone Consulting Engineers, LLC and Champlain Towers South Condo. Assoc., Inc. <br><br> *Defendant(s)* | Civil Action No. 1:22-cv-20656-JLK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Champlain Towers South Condo. Assoc. Inc.
c/o Michael I. Goldberg, Esq., Receiver
Akerman LLP
201 E. Las Olas
Fort Lauderdale, FL 33301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Dustin C. Blumenthal
Goldberg Segalla LLP
501 S. Australian Ave. Suite 1000
West Palm Beach, FL 33401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Mar 4, 2022

*s/ M.Brown*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court