UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:22-cv-20656-JLK

FOREMOST SIGNATURE INSURANCE
COMPANY and ZURICH AMERICAN
INSURANCE COMPANY as successor by
merger to Maryland Casualty Company,

    Petitioners,

v.

DESIMONE CONSULTING ENGINEERS,
LLC and CHAMPLAIN TOWERS SOUTH
CONDOMINIUM ASSOCIATION, INC.,

    Respondents.
_____/

## ORDER DIRECTING PLAINTIFF TO FILE ESTIMATED LENGTH OF TRIAL

**THIS MATTER** comes before the Court *sua sponte*.

Plaintiff filed their Complaint on March 4, 2022. DE 1. The Court has reviewed the Complaint, and Civil Cover Sheet (DE 1-3) does not state the estimated length of trial of this matter.

Accordingly, it is **ORDERED, ADJUDGED, and DECREED** that Plaintiff shall **FILE** the number of days of estimated length of trial (for both sides to try entire case), **within five (5) days.**

**DONE AND ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 7th day of March, 2022.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc:   All Counsel of Record