UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:22-cv-20656-JLK

FOREMOST SIGNATURE INSURANCE COMPANY and ZURICH AMERICAN INSURANCE COMPANY as successor by merger to Maryland Casualty Company,

     Petitioners,

v.

DESIMONE CONSULTING ENGINEERS, LLC and CHAMPLAIN TOWERS SOUTH CONDOMINIUM ASSOCIATION, INC.,

     Respondents.
_____/

**ESTIMATED LENGTH OF TRIAL**

Petitioners, FOREMOST SIGNATURE INSURANCE COMPANY and ZURICH AMERICAN INSURANCE COMPANY, as successor by merger to Maryland Casualty Company (hereafter "Petitioners"), respond to the Court's March 7, 2022 "Order Directing Plaintiff to File Estimated Length of Trial" [D.E. 4], as follows:

Petitioners are pleased to report that the claims which are the subject of the Petition [D.E. 1] are closed to be resolved in principle. Terms of the settlement are currently being negotiated. A resolution would render trial inquiries moot.

However, in the event this matter needed to be tried, Petitioners estimate that this matter would take between one to three days.

32718552.v1

CASE NO. 1:22-cv-20656-JLK

Dated: March 9, 2022
West Palm Beach, Florida

Respectfully Submitted,

By: */s/ Dustin C. Blumenthal*
Dustin C. Blumenthal, Esq.
Florida Bar No.: 083799
E-mail: dblumenthal@goldbergsegalla.com

**GOLDBERG SEGALLA LLP**
500 S. Australian Avenue, Suite 100
West Palm Beach, Florida 33401
Tel:   (561) 618-4485
Fax:   (561) 618-4549

*Counsel to Petitioners Foremost Signature Ins. Co. and Zurich American Ins. Co. as successor by merger to Maryland Cas. Co.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing document was filed using the Case Management/Electronic Case Filing (CM/ECF) system, which will serve a copy of the foregoing document on all parties or counsel of record on this **9th day of March 2022.**

By: */s/ Dustin C. Blumenthal*
Dustin C. Blumenthal, Esq.

32718552.v1