UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:22-CV-20656-JLK

FOREMOST SIGNATURE INSURANCE
COMPANY and ZURICH AMERICAN
INSURANCE COMPANY,

      Petitioners,

v.

DESIMONE CONSULTING ENGINEERS,
LLC and CHAMPLAIN TOWERS SOUTH
CONDOMINIUM ASSOCIATION, INC.,

      Respondents.

_____/

### ORDER TO SHOW CAUSE AND NOTICE OF IMPENDING DISMISSAL FOR FAILURE TO SERVE

**THIS CAUSE** comes before the Court *sua sponte* upon review of the record.

Petitioners filed their Complaint for Declaratory Judgment (DE 1) on March 4, 2022. To date, it appears Plaintiff has failed to properly serve Respondents a copy of the Complaint within 90 days pursuant to Rule 4(e) and Rule 4(m) of the Federal Rules of Civil Procedure. Summonses as to the two named Defendants have been issued, but it appears Plaintiff has not yet served them.

Accordingly, it is **ORDERED, ADJUDGED,** and **DECREED** that Petitioners shall **RESPOND** within **twenty (20) days** of the date of this Order to **SHOW CAUSE** why this case should not be dismissed for failure to serve the complaint within 90 days of filing, as required by Federal Rule of Civil Procedure 4(m).

**DONE AND ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 7th day of December, 2022.

*[signature]*
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

**Cc:** **All Counsel of Record**