UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:22-cv-20656-JLK

FOREMOST SIGNATURE INSURANCE
COMPANY and ZURICH AMERICAN
INSURANCE COMPANY,

    Plaintiffs,

v.

DESIMONE CONSULTING ENGINEERS,
LLC, and CHAMPLAIN TOWERS SOUTH
CONDOMINIUM ASSOCIATION, INC.,

    Defendants.
_____/

**ORDER OF DISMISSAL**

THIS MATTER is before the Court *sua sponte*.

On December 7, 2022, the Court entered its Order to Show Cause and Notice of Impending Dismissal for Failure to Serve (DE 6), giving Plaintiff twenty days to show cause as to why Defendants were not properly serviced within 90 days and why the case should not be dismissed. Plaintiff failed to answer and as such, after a careful review of the record and the court being otherwise fully advised in the premises, it is

**ORDERED, ADJUDGED** and **DECREED** as follows:

1. The above-styled case is hereby **DISMISSED**.

2. The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 3rd day of January, 2023.

                                                          JAMES LAWRENCE KING
                                                           UNITED STATES DISTRICT JUDGE

cc:    **All Counsel of Record**
          **Clerk of Court**